FILED
OCT 05 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>   v.<br><br>Rafael Torres,<br><br>                Defendant. | Case No.: _____<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, U.S.C., Secs. 751(a) and 4082(a)<br>- Escape Federal Custody |

The undersigned complainant being duly sworn states:

On or about 9/22/2018, within the Southern District of California, defendant Rafael Torres, did escape from an institution and facility in which he was confined by direction of the Attorney General, or her authorized representative, by willfully failing to remain within the extended limits of his confinement and/or willfully failing to report as directed to a federally contracted facility, to wit: Correctional Alternatives, Inc., located in San Diego, California, said custody and confinement being by virtue of his felony conviction for the sale of methamphetamine, in violation of Title 21, United States Code, 846; all in violation of Title 18, United States Code, Sections 751(a) and 4082(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

John Murphy
Deputy U.S. Marshal
U.S. Marshals Service

Sworn to before me and subscribed in my presence, this __5th__ day of October 2018.

Hon. Barbara L. Major
United States Magistrate Judge

2

## PROBABLE CAUSE STATEMENT

I, John Murphy, being duly sworn, herby depose and say;

I am currently employed as a Deputy United States Marshal (DUSM), and have been so employed for approximately eighteen (18) years.

On September 22, 2018, I was assigned to investigate the escape and current whereabouts of Rafael Torres. Torres was placed in escape status while at a BOP facility located at 551 south 35th street, San Diego, CA, 92113. Following my assignment to this case, I have reviewed records Maintained by BOP, the Bureau of Prisons, the United States District Court and the United States Marshals Service for Relevant information and documents which provided the following facts:

Torres received a sentence of 57 months from U.S. District Court Judge Irma E. Gonzalez, in the Southern District of California on August 20, 2012 for possession for sale methamphetamine, in violation of 21 U.S.C. 846.

On May 24, 2018, Torres was transferred from a Bureau of Prisons facility to Correctional Alternatives Inc.-RRC to complete the remainder of his sentence. Torres was scheduled to be released on November 9, 2018.

On September 22, 2018, at approximately 06:46 Torres signed out of the RRC to go to work with a return time of 18:00 hours. Torres failed to return at his scheduled time. BOP issued an Escape notice for Torres at that time. Torres has made no attempt to contact the RRC or BOP since September 22, 2018.

Torres remains a fugitive at large as his whereabouts are unknown.

Dated: October 5, 2018.

_____

Deputy U.S. Marshal John Murphy